## CRIMINAL COMPLAINT
### (Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Austin Daniel Baker**; DOB: 1997; United States<br>**Larry Daniel Dinh**; DOB: 1995; United States | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>26-08418MJ |

Complaint for violation of 8 U.S.C. §§ 1324(a)(1)(A)(ii), 1324(a)(1)(A)(v)(I) and 1324(a)(1)(B)(i)

**COMPLAINT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**
On or about January 10, 2026, in the District of Arizona, **Austin Daniel Baker** and **Larry Daniel Dinh,** named herein as defendants and conspirators, did knowingly and intentionally combine, conspire, confederate, and agree with each other and other persons, known and unknown, to transport certain illegal aliens, including Marcelino Palacios-Velasco and Joaquin Hernandez-Yesca, and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii), 1324(a)(1)(A)(v)(I) and 1324(a)(1)(B)(i).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On January 10, 2026, in the District of Arizona (Sells), Border Patrol Agents (BPAs) received a report from the Tohono O'odham Police Department (TOPD) of a citizen call of a tan SUV heading northbound on Federal Route (FR) 19 from FR 2. The citizen reported they saw the vehicle pick up two subjects near mile marker 14 on FR 19 that appeared to be illegal aliens. Due to the Tohono O'odham Nation (TON) Indian Reservation being comprised of several small communities, tribal members from the area are able to identify individuals that are not from the reservation. Unless an individual possesses a permit, non-tribal members are not allowed south of the cultural center at mile marker 17 of FR 19. FR 19 is the only paved road running north and south from the International Boundary Barrier (IBB) to the town of Sells, Arizona. It is a well-known route of travel for vehicles picking up illegal aliens and transporting them further north. At approximately 11:06 a.m., TOPD reported they were behind the vehicle travelling eastbound on State Route (SR) 86. A few minutes later, BPAs caught up to TOPD and the suspect vehicle, which matched the initial description from the citizen call. Record checks were performed on the vehicle and returned to an address out of Buckeye, Arizona. Buckeye is located over one hundred miles from the TON and indicates the occupants of the vehicle may not be tribal members and are trespassing if they do not possess a permit. As BPAs followed the vehicle, it decelerated over ten miles an hour under the speed limit, which is uncommon on the stretch of road. BPAs also noticed the driver and passenger continually looking back through the rear windshield. BPAs decided to initiate a vehicle stop and activated their emergency equipment at mile marker 121 on SR 86. As BPAs approached, they made contact with the driver and passenger, identified as **Austin Daniel Baker** and **Larry Daniel Dinh,** and noticed two individuals hiding behind the driver and passenger seats on the floor. BPAs performed and immigration inspection of the two subjects hiding on the floor. Both subjects admitted to being citizens of Mexico, present in the United States illegally. Record checks revealed neither of the subjects were in possession of the proper documentation to enter, pass through, or remain in the United States.

**Continued on next page.**

MATERIAL WITNESS IN RELATION TO THE CHARGE: Marcelino Palacios-Velasco and Joaquin Hernandez-Yesca

| Detention Requested<br><br>*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | SIGNATURE OF COMPLAINANT |
|---|---|
| | OFFICIAL TITLE<br>Jeremy Sykes<br>Border Patrol Agent |

Sworn by telephone  x

| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>January 12, 2026 |
|---|---|

[1] See Federal Rules of Criminal Procedure Rules 3, 4.1, and 54
Reviewing AUSA: Chamblee

26-08418MJ

**Continued from front page.**

Material witness, Marcelino Palacios-Velasco, stated he is a citizen of Mexico and made arrangements in Mexico to be smuggled into the United States. He claimed a specific amount of money for the cost of travel was not stated, but that it was implied that a reasonable amount would be paid. He stated his final destination was Los Angeles, California. He stated he crossed the IBB on or about January 8, 2026, at approximately 6:00 p.m. He stated he crossed with five other individuals. He stated they walked for about two days, until January 10, at approximately 10:00 a.m., to reach their pickup location. He stated during the walk, they got lost and split up, and only two people made it to the location to be picked up. He stated they were guided by phone. Once they arrived at the pickup location, Palacios-Velasco stated the guide called for their ride. They waited for approximately thirty minutes before a gray four door car stopped near them. He stated the vehicle was occupied by two people. Palacios-Velasco claimed they just knew to get in and sat in the back of the car. He stated he did not wear a seatbelt by choice and the passenger in the front seat made hand gestures for them to get down. He stated the occupants were wearing hoodies and was not able to identify them.

Material witness, Joaquin Hernandez-Yesca, stated he is a citizen of Mexico and made arrangements in Mexico to be smuggled into the United States, with his final destination being Los Angeles, California. He claimed to have crossed the IBB on or about January 7, 2026, with a large group. He stated they walked for several days to the location where they would be picked up. He stated they waved down several vehicles to stop. One vehicle finally stopped and Hernandez-Yesca asked if they could get a ride, and the driver gave a thumbs up and let them get in. He described the vehicle occupants as male. The driver was described as tall with long hair and light skin, and the passenger was wearing a blue sweater. He stated they did not talk, and he was not aware of the location where they would be dropped off. He stated the driver was not aware if they had documents or not, and they did not speak about financial exchange. He stated he was asleep on the floor when they were pulled over.